# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY G.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW SAUL, Commissioner<br>of Social Security,<br><br>　　　　　Defendant. | Case No. CV 17-5249-PA (JPR)<br><br>ORDER ACCEPTING FINDINGS AND<br>RECOMMENDATIONS OF U.S.<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Joint Stipulation, Administrative Record, and records on file as well as the Report and Recommendation of U.S. Magistrate Judge. No objections to the R. & R. have been filed.

The Court accepts the findings and recommendations of the Magistrate Judge. IT THUS IS ORDERED that (1) Plaintiff's request for an order reversing the ALJ'S decision is DENIED; (2) the Commissioner's request for an order affirming his decision is GRANTED; and (3) judgment be entered affirming the final decision and dismissing this action with prejudice.

DATED: March 24, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE