JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GLUECKERT, | Case No. CV 17-5249-PA (JPR) |
| Plaintiff, | **J U D G M E N T** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, it is hereby ADJUDGED THAT judgment is entered in the Commissioner's favor and this action is dismissed with prejudice.

DATED: March 24, 2020

_____
PERCY ANDERSON
U.S. DISTRICT JUDGE